SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT HENNIGH, Cal. Bar No. 184413
MEREDITH JONES-McKEOWN, Cal. Bar No. 233301
NATHANIEL BRUNO, Cal. Bar No. 228118
4 Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:     415-434-3947
Email:         shennigh@sheppardmullin.com
               mjones-mckeown@sheppardmullin.com
               nbruno@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD W. BRUNETTE, Cal. Bar No. 81621
333 South Hope Street, 43rd Floor
Los Angeles, California  90071
Telephone:     213-620-1780
Facsimile:     213-620-1398
Email:         rbrunette@sheppardmullin.com

Attorneys for Plaintiff
PICERNE CONSTRUCTION CORP. dba
CAMELBACK CONSTRUCTION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PICERNE CONSTRUCTION CORP. dba CAMELBACK CONSTRUCTION,<br><br>             Plaintiff,<br><br>     v.<br><br>CASTELLINO VILLAS, a K.F. LLC; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 2:09-cv-03116-MCE-JFM<br><br>**PLAINTIFF PICERNE'S NOTICE OF MOTION AND MOTION TO REMAND STATE CIVIL ACTION TO STATE COURT**<br><br>**[28 U.S.C. § 1452(b)]**<br><br>**Hearing Date:  January 14, 2010**<br>**Hearing Time:  2:00 p.m.**<br>**Courtroom:  7**<br>**Honorable Morrison C. England, Jr.**<br>**United States District Judge** |

# NOTICE OF MOTION

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on January 14, 2010 at 2:00 p.m. or as soon thereafter as the matter may be heard, in the United States District Court, Eastern District of California, Sacramento Division, located at 501 "I" Street, Sacramento, CA, in Courtroom 7, before the Honorable United States District Judge Morrison C. England, Jr., Plaintiff Picerne Construction Corporation dba Camelback Construction ("Picerne") shall and hereby does move the Court pursuant to 28 U.S.C. § 1452(b) to remand this action to state court, and specifically, to the Superior Court of the State of California for the County of Sacramento.

This Court should exercise its broad discretion to remand this action dealing entirely with state law issues to the Sacramento Superior Court to be litigated, as was intended by the Central District of California Bankruptcy Court when it considered the same issues of judicial economy and fairness presented by this Motion.

The Motion is supported by this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Nathaniel Bruno and Request for Judicial Notice filed concurrently herewith (including all exhibits thereto), all pleadings and records on file in this case, and all evidence offered and arguments made at or before any hearing on the Motion.

Dated:  December 7, 2009

           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


        By   */s/ Nathaniel Bruno*
           SCOTT E. HENNIGH
           MEREDITH A JONES-McKEOWN
           NATHANIEL BRUNO

           Attorneys for Plaintiff
           PICERNE CONSTRUCTION CORP. dba
           CAMELBACK CONSTRUCTION

-2-